ROBERT BALLENTINE

v.

ROBERT FORSYTH AND WILLIAM SMITH, LATE TRADERS
UNDER THE FIRM OF FORSYTH & SMITH

1811

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 344
2. Discontinuance . . . . . . . . . . . . " 355

## Papers in S. C. File

1. Summons and return . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . . . . .

## Papers in D. C. File

1. Precipe for capias . . . . . . . . . . . . . .